# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2024-0373

———————————————

JEFFREY K MCLENDON,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

On appeal from the Circuit Court for Columbia County.
Leandra G. Johnson, Judge.

December 11, 2024

PER CURIAM.

After appointed counsel was permitted to withdraw in this *Anders** appeal, Appellant filed a pro se brief claiming error in the admission of certain inculpatory evidence as well as ineffective assistance of trial counsel. We disagree and affirm.

As to the admission of body camera video, Appellant's counsel stipulated to its admission, and Appellant agreed with the stipulation after the trial court conducted a colloquy on the record. As to Appellant's interview by law enforcement, there was no contemporaneous objection to the admission of Appellant's statements. *See State v. Petroni*, 123 So. 3d 62, 66 (Fla. 1st DCA

———————————————

* *Anders v. California*, 386 U.S. 738 (1967).

2013).  Finally, since no fundamental error has occurred, Appellant cannot raise his claim of ineffective assistance of trial counsel in this direct appeal.  *See Carmack v. State*, 377 So. 3d 1242, 1243 (Fla. 1st DCA 2024).

AFFIRMED.

RAY, BILBREY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Justin F. Karpf, Assistant Public Defender, Tallahassee, for Appellant; Jeffrey K McLendon, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.